RECEIVED
AND FILED    AM

MAR 27 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

Raj Marni

17595 Harvard Avenue, C 4009

Irvine, CA 92614

Email: RajMarni@Gmail.Com

Telephone: +1-725-200-2010

*Pro Se*, Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | \| |
| | \| Bankruptcy No: 20-13238-mkn |
| RAJ MARNI | \| |
| | \| Chapter: 7 |
| _____Debtor._____ | \| |
| | \| Adversary |
| RAJ MARNI | \| Proceedings No: 26-01002-mkn |
| _____Plaintiff_____ | \| |
| | \| |
| v. | \| |
| | \| |
| CHRISTIN L. GEORGELAS, ESQ., | \| NOTICE OF WITHDRAWL OF |
| Individually and as Member/Manager | \| MOTION FOR SANCTIONS |
| and Registered Agent of SG Law PLC, | \| |
| | \| |
| RYAN M. SCHMALZLE, ESQ., | \| |
| Individually and a Member  of SG Law PLC, | \| |
| | \| |
| MEGAN L. HOUCK, ESQ., | \| |
| Individually and Associate of SG Law PLC, | \| |
| | \| |
| SG Law PLC (Entity ID: 11441703), | \| |
| A Virginia Limited Liability Company | \| |
| | \| |
| KSENIJA TRDIC, | \| |
| Individually and as Member and Manager of | \| |
| Lifestyle Associates, LLC | \| |
| | \| |
| LIFESTYLE ASSOCIATES, LLC | \| |
| Entity ID: S1674904 | \| |
| A Virginia Limited Liability Company | \| |
| | \| |
| _____Defendants._____ | \| |

1

## NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS

(WITHOUT PREJUDICE)

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Raj Marni hereby withdraws his Motion for Sanctions against Defendant Lifestyle Associates LLC and its counsel, specifically the motion referencing violations of FRBP 9011, which was the subject of the hearing on March 25, 2026.

1. This withdrawal is made WITHOUT PREJUDICE. Plaintiff expressly reserves all rights to refile this motion or may seek equivalent relief at a later date.

2. This withdrawal is intended to preserve the current evidentiary record and prevent any procedural delays.

DATED: March 25, 2026

Respectfully submitted,

RAJ MARNI, Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

I, Raj Marni, hereby certify that I served the foregoing **NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS** on the following parties by the methods indicated below:

2

**1. VIA USPS PRIORITY MAIL (Mailed on March 25, 2026):** I deposited a true and correct copy of the aforementioned document in the United States Mail at Irvine, California, in a sealed envelope postage prepaid, addressed to:

- **DANIEL A. MANN, ESQ.** Cypress Law, PLLC 3228 E Ivyglen Circle, Mesa, AZ 85213. *Counsel for Defendant Lifestyle Associates, LLC.*

- **LISA J. ZASTROW, ESQ.** Garin Law Group 9900 Covington Cross Drive, Suite 210 Las Vegas, Nevada 89144. *Counsel for Defendants Georgelas, Schmalzle, Houck, and SG Law PLC.*

- **KSENIJA TRDIC,** 20725 Wood Quay Drive, Unit 469, Sterling, Virginia 20166. *Pro Se* litigant.

**2. VIA ELECTRONIC MAIL (Transmitted on March 25, 2026):** I transmitted a true and correct PDF copy of the aforementioned document to the following email addresses:

- **contact@cypresslawpllc.com** (Daniel A. Mann, Esq.)

- **lzastrow@garinlawgroup.com** (Lisa J. Zastrow, Esq.)

- **kaseykcm@gmail.com** (Ksenija Trdic, *Pro Se* litigant.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 25, 2026.**

RAJ MARNI, *Pro Se* Debtor

17595 Harvard Avenue, C 4009, Irvine, CA 92614.
Email: RajMarni@Gmail.Com
Telephone: +1-725-200-2010